Philip G. Jones (1748)
Chapter 7 Trustee
853 West Center Street
Orem, Utah 84057
Telephone: (801) 224-5750
Fax: (801) 224-6345

IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF UTAH CENTRAL DIVISION

| In Re: | |
|---|---|
| | Bankruptcy No. 10-23204 |
| SHEPHERD, WILLIAM J. | Chapter 7 |
| SHEPHERD, SHANNON M. | |
| | Judge: JOEL T. MARKER |
| Debtors. | |

MOTION TO SELL PROPERTY OF THE ESTATE
___

Philip G. Jones, the Chapter 7 Trustee ("Trustee"), pursuant to 11 U.S.C. § 363(b), (f) and (m), hereby seeks entry of an order authorizing and approving the sale of all of the estate's right, title, and interest in personal property on the terms and conditions set forth below. In support of this motion, the trustee respectfully states as follows:

1. On 03/17/10 the debtors filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code.

2. That upon examination of the statements and schedules the Trustee discovered non-exempt excess value in personal property in the amount of $1,800.00.

3. On or about 07/28/10, the trustee and debtors William J. Shepherd and Shannon M. Shepherd entered into an agreement for the sale of assets of the estate as follows:

Non-exempt personal property        $1,800.00

4. Payment will be made in six (6) monthly installments of $300.00 a month beginning on August 25, 2010 and continuing thereafter on the 25th of each month until the full balance of $1,800.00 is paid in full.

5. The assets will be conveyed as is, with all faults, without any representations, or warranties, and subject to any consensual liens.

6. That said sale in the amount of $1,800.00 is reasonable because it represents more than the Trustee is likely to receive if the assets were auctioned.

7. That the funds used to purchase estate assets do not come from property of the estate.

8. That said payment settles all claims that the estate may have against the debtors.

9. That the Trustee believes the sale to be in the best interest of creditors.

WHEREFORE, the Trustee respectfully requests the Court enter an order approving the sale of the Property pursuant to the terms and conditions set forth in the Motion and for such other and further relief as the Court determines to be appropriate under the circumstances.

Dated this 12th day of August, 2010.

                                                /s/ Philip G. Jones
                                              PHILIP G. JONES
                                              Chapter 7 Trustee